Trent SPINDLER, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. 75124.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 29, 1999.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 3, 1999.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kristin M. Frazier, Asst. Atty. Gen., Jefferson City, for respondent.

Before ROBERT G. DOWD, Jr., C.J., and KENT E. KAROHL and LAWRENCE E. MOONEY, JJ.

### ORDER

PER CURIAM.

Movant Trent Spindler appeals from the judgment dismissing his Rule 24.035 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).